1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Vargas

6

7

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ0754 |
| 11             Plaintiff, | ) ) ) | |
| 12 v. | ) ) | **NOTICE OF APPEARANCE** |
| 13 ERNESTO VARGAS-ARENAS, | ) ) ) | |
| 14             Defendant. | ) ) | |
| 15 | ) | |

16         Pursuant to implementation of the CM/EMF procedures in the Southern District of

17 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

18 attorney in the above-captioned case.

19                                             Respectfully submitted,

20

21 Dated:  March 12, 2008             /s/ *STEPHEN D. DEMIK*
                                      Federal Defenders of San Diego, Inc.
22                                    Attorneys for Defendant
                                      Stephen_Demik@fd.org
23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: March 12, 2008

   /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)